UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cargill, Inc., a Delaware corporation,

Plaintiff,

v.

K Mart Corporation, a Michigan corporation,

Defendant.

Court File No. 00-CV-1067 (JRT/FLN)

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

WHEREAS, K Mart was served with Plaintiff's Summons and Complaint on April 27, 2000; and

WHEREAS, in the absence of an extension of time in which to answer the Complaint, K Mart's answer would be due on May 17, 2000; and

WHEREAS, the parties have agreed to settlement terms with respect to the above-captioned action but are in need of time to complete documentation in order to facilitate payment by K Mart to Cargill; and

WHEREAS, the parties are jointly requesting that Magistrate Judge Franklin L. Noel grant K Mart an extension of time in which to answer Plaintiff's Complaint to and including June 7, 2000.

The parties in the above-entitled action by and through their undersigned counsel, hereby stipulate and agree that the Court may enter its Order extending the time within which the Defendant may answer or otherwise plead to the Complaint dated April 26, 2000 to and including June 7, 2000.

FILED JUN 0 2 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Dated: May 16, 2000.

K MART CORPORATION

By [signature]

Lauren Hurwitz
3100 West Big Beaver Road
Troy, Michigan 48084
(248) 643-3250

Dated: May 16, 2000.

BEST & FLANAGAN LLP

By ______________________

Robert D. Maher
Attorney Registration No. 220863
Michael H. Pink
Attorney Registration No. 240308
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, Minnesota 55402
(612) 339-7121

ATTORNEYS FOR DEFENDANT

SO ORDERED.

BY THE COURT

______________________

Franklin L. Noel
Magistrate Judge of Federal District Court

110330_1

Dated: _______________, 2000.

K MART CORPORATION

By ________________________________

Lauren Hurwitz
3100 West Big Beaver Road
Troy, Michigan 48084
(248) 643-3250

Dated: May 17, 2000.

BEST & FLANAGAN LLP

By ________________________________

Robert D. Maher
Attorney Registration No. 220863
Michael H. Pink
Attorney Registration No. 240308
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, Minnesota 55402
(612) 339-7121

ATTORNEYS FOR DEFENDANT

SO ORDERED.

BY THE COURT

________________________________

Franklin L. Noel
Magistrate Judge of Federal District Court

110330_1